IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL SMITH, WAYNE BOYD, and DEDRICK WILEY, on Behalf of Themselves and all Others Similarly Situated, § § § § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. 3:20-cv-3618-B | |
| P & B INTERMODAL SERVICES, LLC, § § § | | |
| Defendant. § | | |

## **PLAINTIFFS' AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Michael Smith, Wayne Boyd, and Dedrick Wiley, on behalf of themselves and the nine (9) Opt-in Plaintiffs in the above captioned lawsuit (collectively "Plaintiffs") hereby agree and stipulate that this action is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Defendant P&B Intermodal Services, LLC ("Defendant") consents to this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) as shown by the signature of its counsel below.

2. There are no pending motions before the Court as of the filing of this document.

3. By the signatures of their counsel of record below, Plaintiffs and Defendant (collectively the "Parties") hereby dismiss all claims and/or counter-claims in the above-captioned lawsuit with prejudice with the respective Parties bearing their own court costs and attorney's/attorneys' fees except as otherwise agreed by the Parties.

4. This stipulation is effective upon filing of this document and no Court order is required pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: March 21, 2022.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| s/ *Allen R. Vaught* | s/ *Carolyn A. Pellegrini* |
| Allen R. Vaught | Carolyn A. Pellegrini |
| TX Bar No. 24004966 | (Admitted Pro Hac Vice) |
| Vaught Firm, LLC | Saul Ewing Arnstein & Lehr, LLP |
| 1910 Pacific Avenue, Suite 9150 | Centre Square West |
| Dallas, Texas 75201 | 1500 Market Street, 38th Floor |
| Telephone: (972) 707-7816 | Philadelphia, PA 19102-2186 |
| Fax: (972) 591-4564 | Phone: 215-972-7121 |
| avaught@txlaborlaw.com | Fax: 215-972-7725 |
| | carolyn.pellegrini@saul.com |
| **ATTORNEY FOR PLAINTIFFS** | |
| | John A Basinger |
| | TX Bar No. 00796173 |
| | Saul Ewing Arnstein & Lehr, LLP |
| | 1037 Raymond Blvd., Ste. 1520 |
| | Newark, NJ 07102 |
| | Phone: 973-286-6724 |
| | Fax: 973-286-6824 |
| | Email: john.basinger@saul.com |
| | |
| | Christopher D. Montez |
| | TX Bar No. 24032748 |
| | E-mail: crossmontez@gmail.com |
| | 12222 Merit Drive, Suite 1200 |
| | Dallas, TX 75251 |
| | Telephone: (214) 202 – 2571 |
| | Fax: (877) 765 – 6488 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs and Defendant conferred on the subject matter of this document on March 21, 2022, and counsel for Defendant indicated that Defendant agrees with the filing of this document.

s/Allen R. Vaught
Allen R. Vaught

## CERTIFICATE OF SERVICE

      On March 21, 2022, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the CM/ECF method. I certify that I have served all counsel of record electronically.

                                                       s/Allen R. Vaught
                                                       Allen R. Vaught